# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mirando, Carol | U.S. District Court, Middle District of Florida | 06/24/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street
Fort Myers, Florida 33901

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | City of Jacksonville General EmployeesPension Plan - vested benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | City of Jacksonville retirement plan compensation | $16,202.00 |
| 2. | 2014 | Great-West Retirement Services - distribution from pension plan | $62,519.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | March 2-7, 2014 | San Antonio, TX | Phase I Orientation for Newly Appointed U.S. Magistrate Judges | Travel, meals, hotel |
| 2. | Florida Bar Federal Court Practice Committee | June 26-27, 2014 | Orlando, FL | 2014 Federal Judicial Roundtable - Speaker | Travel, meals and hotel |
| 3. | Federal Judicial Center | July 22-25, 2014 | Philadelphia, PA | National Workshop for Magistrate Judges II | Travel, meals, hotel |
| 4. | Administrative Office of U.S. Courts/Middle District of Florida | October 16-17, 2014 | Orlando, FL | Annual Board of Judges Meeting | Meals, hotel, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 06/24/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Federal Judicial Center | October 19-24, 2014 | Washington, D.C. | Phase II Orientation for Newly Appointed Magistrate Judges | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1: | | | | | | | | | |
| 2. -- General Money Market | A | Interest | M | T | | | | | |
| 3. -- AOL Common Stock | A | Dividend | J | T | | | | | |
| 4. -- McClatchy Common Stock | A | Dividend | J | T | | | | | |
| 5. -- Time Warner Common Stock | A | Dividend | J | T | | | | | |
| 6. -- Time Warner Cable Common Stock | A | Dividend | J | T | | | | | |
| 7. -- Allianz GI Incm & Gwth A | A | Dividend | K | T | | | | | |
| 8. -- Blackrock Inflation Bond Fund | A | Dividend | K | T | | | | | |
| 9. -- Calamos Global Eqty Fund | A | Dividend | K | T | | | | | |
| 10. -- Columbia Seligman Comm Fund | A | Dividend | K | T | | | | | |
| 11. -- Deutche Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 12. -- Davis Financial Fund | A | Dividend | K | T | | | | | |
| 13. -- Eaton Vance Large Cap | A | Dividend | K | T | | | | | |
| 14. -- John Hancock2 Strategic Incm | A | Dividend | K | T | | | | | |
| 15. -- MFS Mas Inv Growth | A | Dividend | K | T | | | | | |
| 16. -- Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 17. -- Putnam Intl Gwth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Interm Term Bond Fund | B | Interest | K | T | | | | | |
| 19. (X) Brokerage Account #2: | | | | | | | | | |
| 20. -- Oakmark International I | A | Dividend | K | T | | | | | |
| 21. -- ClearBridge Mid Cap Core | A | Dividend | K | T | | | | | |
| 22. -- Touchstone Focused Y | A | Dividend | K | T | | | | | |
| 23. (X) Brokerage Account # 3: | | | | | | | | | |
| 24. -- Oakmark International I | A | Dividend | J | T | | | | | |
| 25. -- ClearBridge Mid Cap Core | A | Dividend | J | T | | | | | |
| 26. -- Touchstone Focused Y | A | Dividend | J | T | | | | | |
| 27. Rental Prop #1 Jacksonville Beach, FL (2005) | E | Rent | | | Sold | 10/31/14 | N | A | HMR FLP, LLC |
| 28. Rental Prop. #12 Atlantic Beach, FL (2005 $125,500) | D | Rent | M | W | | | | | |
| 29. USAA FSB | B | Int./Div. | N | T | | | | | |
| 30. (X) Personal Residence, Atlantic Beach, FL (2002 $210,000) | | None | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 06/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(X) Notes re: Part VII:

1. For Brokerage Accounts # 2 and #3, City of Jacksonville Retirement Plans, I received notice from the plan administrator that effective September 2014, the City and its investment consulaent made changes to the investment funds that eliminated certain funds and transferred my assets to other funds, which accounts for the changes in my investment funds since my last report.

2. Personal residence - was not subject to reporting.  Sold 1/3/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol Mirando**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544